# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **LISA FERGUSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **CASE NO. CIV-13-683-HE** |
| ) | |
| **APEX SYSTEMS, INC., and** ) | |
| **DELL MARKETING USA LP,** ) | |
| ) | |
| **Defendants.** ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the plaintiff, Lisa Ferguson, hereby stipulates with the defendants, Apex Systems, Inc., and Dell Marketing USA LP, that this action shall be dismissed with prejudice. Each party is to bear its own costs and attorneys' fees.

s/Raymond C. Durbin
OBA No. 2554
601 NW 13th Street
Oklahoma City, OK 73103-2213
Telephone:   (405) 521-0577
Fax:             (405) 525-0528
E-mail:        durbinlaw@flash.net

ATTORNEY FOR PLAINTIFF

s/Laura D. Windsor
VSB No. 70354
Williams Mullen
200 South 10th Street, Suite 1600
Richmond, Virginia 23219
Phone:    (804) 420-6466
Fax:      (804) 420-6507
E-mail:   lwindsor@williamsmullen.com

ATTORNEY FOR APEX SYSTEMS, INC.

s/W. Joseph Miguez, III
OBA No. 22919
McGuireWoods
816 Congress Ave., Suite 940
Austin, Texas 78701-2442
Phone:    (512) 472-3067
Fax:      (512) 472-3068
E-mail:   jmiguez@mcguirewoods.com

ATTORNEY FOR DELL MARKETING USA, LP